# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER CAVAGNARO, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00852-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF CIVIL RIGHTS COMPLAINT FORM, AND REQUIRING PLAINTIFF TO FILE COMPLAINT WITHIN THIRTY DAYS<br><br>(Docs. 1 and 5) |

    Plaintiff Alton E. Dean is a state prisoner proceeding pro se in this civil rights action. Plaintiff initiated this action in the United States District Court for the Northern District of California on a form petition for writ of habeas corpus. The Honorable Vaughn R. Walker issued an order on May 11, 2009, which required Plaintiff to file a civil rights complaint in light of the nature of Plaintiff's allegations, and transferred the action to this court.

    In accordance with, and in concurrence with, Judge Walker's order, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send Plaintiff a civil rights form;

    2.    Plaintiff shall file a civil rights complaint in this action within **thirty (30) days** from the date of service of this order; and

///
///
///

1

3. The failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

**Dated:    May 15, 2009**                                   /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE