# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN,<br><br>            Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER CAVAGNARO, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:09-cv-00852-SMS PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FILE COMPLAINT<br><br>(Doc. 9)<br><br>FIFTEEN-DAY DEADLINE |

      Plaintiff Alton E. Dean is a state prisoner proceeding pro se in this civil rights action. On May 15, 2009, the Court ordered Plaintiff to file a civil rights complaint within thirty days. Plaintiff was warned that the failure to comply with the order would result in dismissal of the action. More than thirty days have passed, and Plaintiff has not filed a complaint or otherwise responded to the order.

      Accordingly, Plaintiff has **fifteen (15) days** to show cause why this action should not be dismissed. The failure to file a response to this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **July 16, 2009**         /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE