# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON E. DEAN,<br><br>           Plaintiff,<br><br>    v.<br><br>CORRECTIONAL OFFICER<br>CAVAGNARO, et al.,<br><br>           Defendants._____/ | CASE NO. 1:09-cv-00852-SMS PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 19) |

Plaintiff Alton E. Dean is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 24, 2009. Pursuant to Plaintiff's written consent, filed July 9, 2009, and Appendix A(k)(4) of the Local Rules of the Eastern District of California, this case is assigned to the undersigned to conduct any and all proceedings.

On September 2, 2009, the Court dismissed Plaintiff's original and amended complaints for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file a second amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///

1

1  Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted under section 1983.
4
5  IT IS SO ORDERED.
6  Dated:    October 20, 2009              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE